```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JESUS GONZALEZ,                                             :
                                                            :
                                Plaintiff,                  :
                                                            :             20-CV-9566 (VSB)
                -against-                                   :
                                                            :                 ORDER
MARCO HOTEL LLC,                                            :
                                                            :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2020
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on November 13, 2020, (Doc. 1), and filed an affidavit of service on December 1, 2020, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was December 21, 2020. (*See id.*) To date, Defendant has not appeared or responded to the complaint. On December 28, 2020, Plaintiff filed a proposed certificate of default against Defendant, which the Clerk's office entered on the same day. (Docs. 6–8.) Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 29, 2021. If Plaintiff fails to do so, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   December 29, 2020
         New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge