```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JESUS GONZALEZ,                                               :
                                                              :
                              Plaintiff,                      :
                                                              :                20-CV-9566 (VSB)
                -against-                                     :
                                                              :                    ORDER
MARCO HOTEL LLC,                                              :
                                                              :
                              Defendant.                      :
                                                              :
-------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2021
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

The above-captioned case is scheduled for an order to show cause hearing on March 4, 2021 at 10:00 a.m. (Doc. 15.)  Accordingly, it is hereby:

ORDERED that the March 4, 2021 hearing will be held by telephonic conference.  The dial-in number is 888-363-4749 and the access code is 2682448.

Plaintiff is directed to serve a copy of this order on Defendant and then file proof of service on the docket.

SO ORDERED.

Dated:   February 26, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge