```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
JESUS GONZALEZ,                                              :
                                                             :
                        Plaintiff,                           :
                                                             :         20-cv-9566 (VSB)
            -against-                                        :
                                                             :              ORDER
MARCO HOTEL LLC,                                             :
                                                             :
                        Defendant.                           :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/3/2021__

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

IT IS FURTHER ORDERED that the order to show cause hearing scheduled for March 4, 2021 at 10 AM is ADJOURNED *sine die*.

SO ORDERED.

Dated:  March 3, 2021
        New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge